UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Ms. Yassica Alvayero,<br><br>Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security<br><br>Defendant. | CASE #:  5:22-cv-01436-SHK<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' concurrently filed Joint Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff be awarded attorney fees and expenses in the amount of Twelve Thousand, Five Hundred Dollars ($12,500), and Zero Cent ($0.0) under Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Four Hundred and Two Dollars ($402.0) in costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

Dated:  12/5/2023

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE